# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ALEX NORMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 2:17-CV-621- BAT<br><br>**ORDER** |

Based on the stipulation of the parties (Dkt. 14), it is hereby **ORDERED** that the above-captioned case be **REVERSED and REMANDED** for further administrative proceedings and a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will further evaluate the opinion of Christine Yuodelis-Flores, M.D. in accordance with 20 CFR 404.1527 and 416.927, and explain the weight given to such opinion evidence; further evaluate the claimant's maximum residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; further evaluate the claimant's alleged symptoms and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms: and, if warranted, obtain evidence from a vocational expert to clarify the effects of the assessed limitations on the claimant's occupational base; and issue a new decision.

Page 1　　ORDER - [2:17-CV-621-BAT]

Upon proper request to this Court, Plaintiff may be entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412.

DATED this 20th day of September, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge