# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ALEX NORMAN, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 2:17-CV-621- BAT <br><br> **ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES** |

Based on the Stipulated Motion for Attorney Fees (Dkt. 17), it is hereby **ORDERED:**

Attorney fees of $3,198.49 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 are awarded to Plaintiff Alex Norman. Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees will be paid directly to the order of: Janet Leanne Martinez. Whether or not the EAJA fees and expenses are subject to any offset, payment of this award shall be made via check sent to Attorney Janet Leanne Martinez's address: Douglas Drachler McKee & Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

DATED this 29th day of September, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Page 1    ORDER - [2:17-CV-621-BAT]